Jonathan Shub (Attorney I.D. #3784)
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700
jshub@kohnswift.com

*Attorney for Plaintiff and the Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DIANA HALL, *individually and on behalf of others similarly situated*,

      Plaintiff,

vs.

DEVA CONCEPTS, LLC, d/b/a DevaCurl,

      Defendant.

Civil Case No.: 20-cv-02318-BRM-JAD

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Diana Hall by and through her undersigned counsel, voluntarily dismiss this case without prejudice.

Date: May 14, 2020

Respectfully submitted,

/s/ Jonathan Shub_____
Jonathan Shub
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
Phone: 215-238-1700
jshub@kohnswift.com

*Attorney for Plaintiff and the Class*

SO ORDERED:

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated: May 15, 2020**